# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-01063 SWD  
**Case Name:** VANSPRONSEN, THOMAS ROBERT  
**Period Ending:** 07/17/08  

**Trustee:** (420060)  John A. Porter, Trustee  
**Filed (f) or Converted (c):** 02/12/08 (f)  
**§341(a) Meeting Date:** 03/19/08  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1551 Bauer Road, Jenison, MI 49428; Title held/n<br>    Asset no owned by Debtor. | 146,108.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 45.00 | 0.00 | DA | 0.00 | FA |
| 3 | Macatawa Bank Checking Account shares | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household Goods and Furnishings | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry - Wedding Ring | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Bicycles ($50); photography equipment ($75) | 125.00 | 0.00 | DA | 0.00 | FA |
| 8 | New York Term Life Insurance - no cash value; Ne | 232.59 | 0.00 | DA | 0.00 | FA |
| 9 | Charles Schwab Roth IRA<br>    Not property of estate. | 1,515.58 | 0.00 | DA | 0.00 | FA |
| 10 | The Latest Wave, LLC, #38-3600383 51% member - n | 1.00 | 0.00 | | 0.00 | 0.00 |
| 11 | VanSpronsen Orchards, #68-0175324; 2006 K-1 = | 1.00 | 0.00 | | 0.00 | 0.00 |
| 12 | 1979 Chevrolet Camaro (being restored - does run | 900.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2001 Chevrolet Monte Carlo | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2006 Buick Rendevous | 12,500.00 | 0.00 | DA | 0.00 | FA |
| **14** | **Assets**     **Totals**  (Excluding unknown values) | **$172,628.17** | **$0.00** | | **$0.00** | **$0.00** |

Printed: 07/17/2008 03:22 PM     V.10.03

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-01063 SWD  
**Case Name:** VANSPRONSEN, THOMAS ROBERT  
**Period Ending:** 07/17/08

**Trustee:** (420060)    John A. Porter, Trustee  
**Filed (f) or Converted (c):** 02/12/08 (f)  
**§341(a) Meeting Date:** 03/19/08  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Establish value of interest in VaSpronsen Orchards and Latest Wave LLC. Preferences.

**Initial Projected Date Of Final Report (TFR):** November 1, 2009            **Current Projected Date Of Final Report (TFR):** November 1, 2009

Printed: 07/17/2008 03:22 PM    V.10.03